# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, *Plaintiffs*, § § § § § § § § § v. GREGORY W. ABBOTT, *et al.*, *Defendants*. | Case No. 5:21-cv-844-XR [Consolidated Cases] |

## STATE DEFENDANTS' NOTICE OF APPEAL

Defendants Greg Abbott, in his official capacity as Texas Governor; Warren "Ken" Paxton, in his official capacity as Attorney General of Texas; Jane Nelson, in her official capacity as Secretary of State; and the State of Texas (collectively "State Defendants"), appeal to the U.S. Court of Appeals for the Fifth Circuit this Court's Order entered on September 28, 2024, permanently enjoining State Defendants from implementing and enforcing Section 7.04 of S.B.1, codified at Texas Election Code § 276.015, *See* ECF 1157.

1

| | |
|---|---|
| Date: October 1, 2024 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ Ryan G. Kercher<br>RYAN G. KERCHER<br>Deputy Chief, Special Litigation Division<br>Tex. State Bar No. 24060998 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | KATHLEEN T. HUNKER<br>Special Counsel<br>Tex. State Bar No. 24118415 |
| AUSTIN KINGHORN<br>Deputy Attorney General for Legal Strategy | ZACHARY W. BERG<br>Special Counsel<br>Tex. State Bar No. 24107706 |
| RYAN D. WALTERS<br>Chief, Special Litigation Division | WILLIAM D. WASSDORF<br>Deputy Chief, General Litigation Division<br>Tex. State Bar No. 24103022 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>ryan.kercher@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>will.wassdorf@oag.texas.gov<br>zachary.berg@oag.texas.gov |

**COUNSEL FOR STATE DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 1, 2024, and that all counsel of record were served by CM/ECF.

/s/ Ryan G. Kercher
RYAN G. KERCHER

2