# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 4, 2024

Lyle W. Cayce
Clerk

No. 24-50783

La Union del Pueblo Entero; Mexican American Bar Association of Texas; LULAC Texas; Texas Alliance for Retired Americans; Texas AFT; OCA-Greater Houston; League of Women Voters of Texas,

*Plaintiffs—Appellees*,

*versus*

Gregory W. Abbott, *in his official capacity as Governor of Texas*; Warren K. Paxton, *in his official capacity as Attorney General of Texas*; State of Texas; Jane Nelson, *in her official capacity as Texas Secretary of State*; Harris County Republican Party; Dallas County Republican Party; National Republican Senatorial Committee,

*Defendants—Appellants*,

Republican National Committee

*Movant—Appellant*,

_____

OCA-Greater Houston; League of Women Voters of Texas,

*Plaintiffs- Appellees*,

*versus*

Ken Paxton, *Texas Attorney General*,

*Defendant—Appellant*,

_____

LULAC Texas; Texas Alliance for Retired Americans; Texas AFT,

*Plaintiffs—Appellees*,

*versus*

Ken Paxton, *in his official capacity as the Texas Attorney General*,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844
USDC No. 1:21-CV-780
USDC No. 1:21-CV-786

_____

## UNPUBLISHED ORDER

Before Ho, Wilson, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

IT IS ORDERED that Appellants' emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024.

_____

[*] Judge Ramirez would not grant a temporary administrative stay.

IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.