# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 07, 2024

```
Ms. Jessica Ring Amunson
Jenner & Block, L.L.P.
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

Mr. Dayton Campbell-Harris
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street
New York, NY 10004

Mr. Louis Joseph Capozzi III
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Mr. Adriel I. Cepeda Derieux
American Civil Liberties Union Foundation
915 15th Street, N.W.
Washington, DC 20005

Ms. Sarah Xiyi Chen
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Mr. Christopher D. Dodge
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Mr. Zachary Dolling
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Mr. John Matthew Gore
```

Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Ms. Kathleen Theresa Hunker
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Jason Scott Kanterman
Fried, Frank, Harris, Shriver & Jacobson, L.L.P.
1 New York Plaza
New York, NY 10004

Mr. Ryan Glen Kercher
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Christopher McGreal
Disability Rights Texas
North Texas Regional Office
1420 W. Mockingbird Lane
Suite 450
Dallas, TX 75247-4932

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Uzoma Nkem Nkwonta
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Ms. Nina Perales
Mexican-American Legal Defense & Educational Fund
110 Broadway Street
San Antonio, TX 78205

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)

Austin, TX 78711-2548

Ms. Elena Alejandra Rodriguez Armenta
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Ms. Elizabeth Ryan
Weil, Gotshal & Manges, L.L.P.
200 Crescent Court
Suite 300
Dallas, TX 75201

Mr. Zachary Tripp
Weil, Gotshal & Manges, L.L.P.
2001 M Street, N.W.
Suite 600
Washington, DC 20036

Ms. Leah Tulin
Brennan Center for Justice at NYU School of Law
1140 Connecticut Avenue, N.W.
Suite 1150
Washington, DC 20036

Mr. William D. Wassdorf
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711-2548

    No. 24-50783   La Union del Pueblo Entero v. Abbott
                           USDC No. 5:21-CV-844
                           USDC No. 1:21-CV-780
                           USDC No. 1:21-CV-786

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Case No. 24-50783

La Union del Pueblo Entero; Southwest Voter Registration Education Project; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; Fiel Houston, Incorporated; Friendship-West Baptist Church; Texas Impact; James Lewin; LULAC Texas; Texas Alliance for Retired Americans; Texas AFT; OCA-Greater Houston; League of Women Voters of Texas,

    Plaintiffs - Appellees

v.

Gregory W. Abbott, in his official capacity as Governor of Texas; Warren K. Paxton, in his official capacity as Attorney General of Texas; State of Texas; Jane Nelson, in her official capacity as Texas Secretary of State; Harris County Republican Party; Dallas County Republican Party; National Republican Senatorial Committee,

    Defendants - Appellants

Republican National Committee

    Movant - Appellant

---

OCA-Greater Houston; League of Women Voters of Texas,

    Plaintiffs- Appellees

v.

Ken Paxton, Texas Attorney General,

    Defendant - Appellant

---

LULAC Texas; Texas Alliance for Retired Americans; Texas AFT,

    Plaintiffs - Appellees

v.

Ken Paxton, in his official capacity as the Texas Attorney General,

    Defendant - Appellant