# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 09, 2024

Ms. Kathleen Theresa Hunker
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Ryan Glen Kercher
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. William D. Wassdorf
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711-2548

      No. 24-50783    La Union del Pueblo Entero v. Abbott
                           USDC No. 5:21-CV-844
                           USDC No. 1:21-CV-780
                           USDC No. 1:21-CV-786

Dear Counsel,

We received your reply to response/opposition. The wrong docketing event was used. Counsel should not have filed this document as an "appellant's reply brief". It should have been filed as a "reply to a response/opposition", which can be found under the "motion/response/reply" category. In light of this, we are taking no action on the incorrect filing event. It is not necessary to re-file this, as the Clerk's Office has correctly filed the document. We do note that the document was received timely, by 5:00 p.m.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Shea E. Pertuit
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
  Ms. Jessica Ring Amunson
  Mr. Thomas Paul Buser-Clancy
  Mr. Dayton Campbell-Harris
  Mr. Louis Joseph Capozzi III
  Mr. Adriel I. Cepeda Derieux
  Ms. Sarah Xiyi Chen
  Mr. Aaron J. Curtis
  Mr. Christopher D. Dodge
  Mr. Zachary Dolling
  Mr. John Matthew Gore
  Ms. Ashley Alcantara Harris
  Mr. Jason Scott Kanterman
  Ms. Savannah Kumar
  Ms. Sophia Lin Lakin
  Mr. Christopher McGreal
  Mr. Marcos Mocine-McQueen
  Mr. Uzoma Nkem Nkwonta
  Ms. Nina Perales
  Ms. Adriana Cecilia Pinon
  Ms. Elena Alejandra Rodriguez Armenta
  Ms. Elizabeth Ryan
  Mr. Edgar Saldivar
  Mr. Ari J. Savitzky
  Mr. Zachary Tripp
  Ms. Leah Tulin
  Ms. Julie Zuckerbrod