No. 24–50783

# In the United States Court of Appeals for the Fifth Circuit

La Unión del Pueblo Entero; Southwest Voter Registration Education Project; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; Fiel Houston, Incorporated; Friendship-West Baptist Church; Texas Impact; James Lewin; LULAC Texas; Texas Alliance for Retired Americans; Texas AFT; OCA Greater Houston; League of Women Voters of Texas,

*Plaintiffs–Appellees*,

*versus*

Gregory W. Abbott, *in his official capacity as Governor of Texas*; Warren K. Paxton, *in his official capacity as Attorney General of Texas*; Jane Nelson, *in her official capacity as Texas Secretary of State*; Harris County Republican Party; Dallas County Republican Party; National Republican Senatorial Committee,

*Defendants–Appellants*,

Republican National committee,

*Movant–Appellant.*

---

OCA-Greater Houston; League of Women Voters of Texas,

*Plaintiffs–Appellees*,

*versus*

Ken Paxton, *Attorney General of Texas*,

*Defendant–Appellant.*

LULAC Texas; Texas Alliance for Retired Americans; Texas AFT,

*Plaintiffs–Appellees,*

*versus*

Ken Paxton, *in his official capacity as Attorney General of Texas*,

*Defendant–Appellant.*

---

On Appeal from the United States District Court
for the Western District of Texas, San Antonio
USDC Case Nos. 5:21-cv-00844, 1:21-cv-00780 & 1:21-cv-00786)
The Honorable Xavier Rodríguez, U.S. District Judge

---

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* BRIAN M. MIDDLETON, DISTRICT ATTORNEY OF FORT BEND COUNTY, AND JOE D. GONZALES, CRIMINAL DISTRICT ATTORNEY OF BEXAR COUNTY, IN SUPPORT OF NEITHER PARTY**

---

Justin Carl Pfeiffer (SBN 24091473)
*Counsel of Record*
Law Office of Justin Pfeiffer PLLC
P.O. Box 56632
Houston, Texas 77256
[Tel.] (832) 312-7900
jcpfeiff@icloud.edu

Counsel For *Amici Curiae* Texas
District and Criminal District Attorneys

ii

| | |
|---|---|
| FORT BEND COUNTY (268TH JUDICIAL DISTRICT) | BRIAN M. MIDDLETON (SBN 90001967) DISTRICT ATTORNEY OF FORT BEND COUNTY (268TH JUDICIAL DISTRICT) 1422 Eugene Heimann Cir. (Office) 301 Jackson Street (Mail) Richmond, Texas 77469 [Tel.] (281) 341-4460 brian.middleton@fortbendcountytx.gov |
| BEXAR COUNTY | JOE D. GONZALES (SBN 08119125) CRIMINAL DISTRICT ATTORNEY OF BEXAR COUNTY 101 W. Nueva San Antonio, TX 78205 [Tel.] (210)-335-2011 gonzales.joe@bexar.org |

# CERTIFICATE OF INTERESTED PERSONS

Under the fourth sentence of Fifth Circuit Rule 28.2.1, *amici curiae*, as governmental parties, need not furnish a certificate of interested persons.

DATED:    OCTOBER 9, 2024            */s/ Justin C. Pfeiffer*
                                     JUSTIN C. PFEIFFER

# CERTIFICATE OF CONFERENCE

The large number of counsel of record and expedited nature of the proceedings makes obtaining consent or contacting all counsel of record impractical. For that reason, *amici curiae* request leave of court to file their brief.

DATED:    OCTOBER 9, 2024            */s/ Justin C. Pfeiffer*
                                     JUSTIN CARL PFEIFFER

## MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* BRIAN M. MIDDLETON, DISTRICT ATTORNEY OF FORT BEND COUNTY, AND JOE D. GONZALES, CRIMINAL DISTRICT ATTORNEY OF BEXAR COUNTY, IN SUPPORT OF NEITHER PARTY

*Amicus Curiae* Brian M. Middleton, District Attorney of Fort Bend County (268th Judicial District of Texas), joined by *Amicus Curiae* Joe D. Gonzales, Criminal District Attorney of Bexar County, (collectively, "*Amici Curiae*"), request leave to file the brief provided herein. Federal Rule of Appellate Procedure 29(a)(2) requires the consent of the parties or leave to court to file an amicus brief unless the represented party is the "United States or its officer or agency or a state." FED. R. APP. P. 29(a)(2).

*Amici* are some of the state prosecutorial officials who have exclusive authority "to prosecute the pleas of state in criminal cases." *Meshell v. State*, 739 S.W.2d 246, 254 (Tex. Crim. App. 1987) (quoting *Brady v. Brooks*, 89 S.W. 1052, 1056 (Tex. 1905)). *Amici* fully participated in all stages of the Court of Criminal Appeals' Criminal Appeals' landmark decision in *Stephens v. State*, 663 S.W.3d 45 (Tex. Crim. App. 2021), *reh'g denied*, 664 S.W.3d 293 (Tex. Crim. App. 2022). Undersigned counsel of record, orally argued the *Stephens* matter in the Court of Criminal Appeals.

*Amici* respectfully request leave to file brief included with this motion. First, the number of parties in these emergency proceedings makes obtaining consent from all parties impractical. Second, *Amici* represent the actual prosecutorial authority of

1

the State, which is deliberately defused. *Saldano v. State*, 70 S.W.3d 873, 877 (Tex. Crim. App. 2002) ("This diffusion of the authority to prosecute is in keeping with the deliberately 'fractured' nature of Texas government, in which the framers of our constitution, influenced by the political philosophy of the Jacksonian era and the despotic control of the reconstruction governor, deliberately chose to decentralize executive authority." (internal quotation marks omitted)). *Amici*, therefore, represent a criticial viewpoint approaching those for whom permission is not required.

The filing of this brief will not result in a judge's disqualification.

## CONCLUSION

For the foregoing reasons, this Court should permit the brief's filing.

DATED: OCTOBER 9, 2024

RESPECTFULLY SUBMITTED,

LAW OFFICE OF JUSTIN PFEIFFER PLLC

*/s/ Justin C. Pfeiffer*
JUSTIN CARL PFEIFFER
    *Counsel of Record*
P.O. BOX 56632
Houston, Texas 77256
[Tel.] (832) 312-7900
jcpfeiff@icloud.edu

COUNSEL FOR *AMICI CURIAE* TEXAS
DISTRICT AND CRIMINAL DISTRICT ATTORNEYS

| | |
|---|---|
| FORT BEND COUNTY<br>(268TH JUDICIAL DISTRICT) | */s/ Brian M. Middleton*<br>BRIAN M. MIDDLETON (SBN 90001967)<br>DISTRICT ATTORNEY OF FORT BEND<br>COUNTY (268TH JUDICIAL DISTRICT)<br>1422 Eugene Heimann Cir. (Office)<br>301 Jackson Street (Mail)<br>Richmond, Texas 77469<br>[Tel.] (281) 341-4460<br>brian.middleton@fortbendcountytx.gov |
| BEXAR COUNTY | */s/ Joe D. Gonzales*<br>JOE D. GONZALES (SBN 08119125)<br>CRIMINAL DISTRICT ATTORNEY OF<br>BEXAR COUNTY<br>101 W. Nueva<br>San Antonio, TX 78205<br>[Tel.] (210)-335-2011<br>gonzales.joe@bexar.org |

## S<small>IGNATURE</small> C<small>ERTIFICATION</small>

By and through their counsel of record, *Amici* have agreed to the joint filing of this brief. I, hereby, certify that I received the permission of the above-designated counsel of record to affix their electronic signature to this instrument.

D<small>ATED</small>:   O<small>CTOBER</small> 9, 2024          */s/ Justin C. Pfeiffer*
                                                J<small>USTIN</small> C<small>ARL</small> P<small>FEIFFER</small>

## C<small>ERTIFICATE OF</small> E<small>LECTRONIC</small> C<small>OMPLIANCE</small>

I certify that (1) the required privacy redactions have been made, 5th. Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses. I will mail the correct number of paper copies of the foregoing document to the Clerk of the Court when requested.

D<small>ATED</small>:   O<small>CTOBER</small> 9, 2024          */s/ Justin C. Pfeiffer*
                                                J<small>USTIN</small> C<small>ARL</small> P<small>FEIFFER</small>

# CERTIFICATE OF COMPLIANCE WITH THE TYPE-VOLUME LIMIT

Pursuant to Federal Rule of Appellate Procedure 32(g) and Fifth Circuit Rules 32.2 and 32.3, I certify that the foregoing brief of plaintiff-appellant complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(a)(7)(B).

1. This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 29(a)(5) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f):

    X   this brief contains *exactly* 350 words, or

    ___ this brief uses a monospaced typeface and contains _____ lines of text, excluding the parts of the brief exempted by Federal Rules of Appellate Procedure 32(f).

2. This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because:

    X   this brief has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman, 14 point, or

    ___ this brief has been prepared in a monospaced typeface using _____ with _____.

DATED:   OCTOBER 9, 2024            */s/ Justin C. Pfeiffer*
                                    JUSTIN CARL PFEIFFER

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d)(3) and Fifth Circuit Rule 25.2.5, I hereby that on October 9, 2024, I electronically filed the

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* BRIAN M. MIDDLETON, DISTRICT ATTORNEY OF FORT BEND COUNTY, AND JOE D. GONZALES, CRIMINAL DISTRICT ATTORNEY OF BEXAR COUNTY, IN SUPPORT OF NEITHER PARTY**

with the Clerk of the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.

DATED:   OCTOBER 9, 2024        */s/ Justin C. Pfeiffer*
                                JUSTIN CARL PFEIFFER