# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

October 10, 2024

Ms. Jessica Ring Amunson  
Jenner & Block, L.L.P.  
1099 New York Avenue, N.W.  
Suite 900  
Washington, DC 20001-4412

Mr. Thomas Paul Buser-Clancy  
American Civil Liberties Union of Texas  
P.O. Box 8306  
Houston, TX 77288

Mr. Dayton Campbell-Harris  
American Civil Liberties Union Foundation  
Voting Rights Project  
125 Broad Street  
New York, NY 10004

Mr. Louis Joseph Capozzi III  
Jones Day  
51 Louisiana Avenue, N.W.  
Washington, DC 20001

Mr. Adriel I. Cepeda Derieux  
American Civil Liberties Union Foundation  
915 15th Street, N.W.  
Washington, DC 20005

Ms. Sarah Xiyi Chen  
Texas Civil Rights Project  
1405 Montopolis Drive  
Austin, TX 78741-3438

Mr. Aaron J. Curtis  
Weil, Gotshal & Manges, L.L.P.  
767 5th Avenue  
New York, NY 10153-0119

Mr. Christopher D. Dodge  
Elias Law Group, L.L.P.

250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Mr. Zachary Dolling
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

Mr. John Matthew Gore
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Ms. Ashley Alcantara Harris
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Ms. Kathleen Theresa Hunker
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
 (MC-009)
Austin, TX 78711-2548

Mr. Jason Scott Kanterman
Fried, Frank, Harris, Shriver & Jacobson, L.L.P.
1 New York Plaza
New York, NY 10004

Mr. Ryan Glen Kercher
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
 (MC-009)
Austin, TX 78711-2548

Ms. Savannah Kumar
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007

Ms. Sophia Lin Lakin
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street
18th Floor
New York, NY 10004

Mr. Christopher McGreal
Disability Rights Texas
North Texas Regional Office
1420 W. Mockingbird Lane
Suite 450
Dallas, TX 75247-4932

Mr. Marcos Mocine-McQueen
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Uzoma Nkem Nkwonta
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Ms. Nina Perales
Mexican-American Legal Defense & Educational Fund
110 Broadway Street
San Antonio, TX 78205

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Justin Carl Pfeiffer
Law Office of Justin Pfeiffer, P.L.L.C.
P.O. Box 56632
Houston, TX 77256

Ms. Adriana Cecilia Pinon
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

Ms. Elena Alejandra Rodriguez Armenta
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400

Washington, DC 20001

Ms. Elizabeth Ryan
Weil, Gotshal & Manges, L.L.P.
200 Crescent Court
Suite 300
Dallas, TX 75201

Mr. Edgar Saldivar
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007

Mr. Ari J. Savitzky
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004-2400

Mr. Zachary Tripp
Weil, Gotshal & Manges, L.L.P.
2001 M Street, N.W.
Suite 600
Washington, DC 20036

Ms. Leah Tulin
Brennan Center for Justice at NYU School of Law
1140 Connecticut Avenue, N.W.
Suite 1150
Washington, DC 20036

Mr. William D. Wassdorf
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711-2548

Ms. Julie Zuckerbrod
Elias Law Group, L.L.P.
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

   No. 24-50783  La Union del Pueblo Entero v. Abbott
          USDC No. 5:21-CV-844
          USDC No. 1:21-CV-780
          USDC No. 1:21-CV-786

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Case No. 24-50783

La Union del Pueblo Entero; Southwest Voter Registration Education Project; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; Fiel Houston, Incorporated; Friendship-West Baptist Church; Texas Impact; James Lewin,

    Plaintiffs - Appellees

v.

Gregory W. Abbott, in his official capacity as Governor of Texas; Warren K. Paxton, in his official capacity as Attorney General of Texas; State of Texas; Jane Nelson, in her official capacity as Texas Secretary of State; Harris County Republican Party; Dallas County Republican Party; National Republican Senatorial Committee,

    Defendants - Appellants

Republican National Committee

    Movant - Appellant

---

OCA-Greater Houston; League of Women Voters of Texas,

    Plaintiffs- Appellees

v.

Ken Paxton, Texas Attorney General,

    Defendant - Appellant

---

LULAC Texas; Texas Alliance for Retired Americans; Texas AFT; Voto Latino,

    Plaintiffs - Appellees

v.

Ken Paxton, in his official capacity as the Texas Attorney General,

    Defendant - Appellant