# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 10, 2024
Lyle W. Cayce
Clerk

No. 24-50783

_____

La Union del Pueblo Entero; Mexican American Bar Association of Texas; LULAC Texas; Texas Alliance for Retired Americans; Texas AFT; OCA-Greater Houston; League of Women Voters of Texas,

*Plaintiffs—Appellees*,

versus

Gregory W. Abbott, *in his official capacity as Governor of Texas*; Warren K. Paxton, *in his official capacity as Attorney General of Texas*; State of Texas; Jane Nelson, *in her official capacity as Texas Secretary of State*; Harris County Republican Party; Dallas County Republican Party; National Republican Senatorial Committee,

*Defendants—Appellants*,

Republican National Committee

*Movant—Appellant*,

_____

OCA-Greater Houston; League of Women Voters of Texas,

*Plaintiffs- Appellees*,

versus

Ken Paxton, *Texas Attorney General*,

*Defendant—Appellant*,

_____

LULAC Texas; Texas Alliance for Retired Americans; Texas AFT,

*Plaintiffs—Appellees*,

*versus*

Ken Paxton, *in his official capacity as the Texas Attorney General*,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844
USDC No. 1:21-CV-780
USDC No. 1:21-CV-786

_____

UNPUBLISHED ORDER

Before Ho, Wilson, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

    This court previously granted a temporary administrative stay of the district court's order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.

---

[*] Judge Ramirez would not have granted a temporary administrative stay.