No. 24-50783

# In the United States Court of Appeals for the Fifth Circuit

La Unión del Pueblo Entero et al.,
*Plaintiffs-Appellees*,

v.

Gregory W. Abbott et al.,
*Defendants-Appellants*,

Republican National Committee,
*Movant-Appellant.*

OCA-Greater Houston; League of Women Voters of Texas,
*Plaintiffs-Appellees*,

v.

Ken Paxton, Texas Attorney General,
*Defendant-Appellant.*

LULAC Texas; Texas Alliance for Retired Americans; Texas AFT; Voto Latino,
*Plaintiffs-Appellees*,

v.

Ken Paxton, in his official capacity as the Texas Attorney General,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS-APPELLANTS' AND INTERVENOR-APPELLANTS' BRIEFS

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Defendants-Appellants and Intervenor-Appellants file this Motion for a 30-day extension of time to file their respective opening briefs to and including Friday, December 20, 2024. In support thereof, Defendants-Appellants and Intervenor-Appellants respectfully show the Court as follows:

1. Defendants-Appellants' and Intervenor-Appellants' briefs are currently due November 20, 2024. Defendants-Appellants and Intervenor-Appellants seek a 30-day extension of this time, to and including December 20, 2024, in which to file their briefs. This is Defendants-Appellants' and Intervenor-Appellants' first request for an extension of time, and it is unopposed.

2. This extension is necessary because counsel with primary responsibility for drafting Defendants-Appellants' brief has numerous existing and upcoming briefing and argument obligations that have already or will require significant time and attention, including:

- A multi-state amicus brief in *Roman Catholic Diocese of Albany v. Harris*, No. 24-319, filed in the Supreme Court of the United States on October 21;

- Presenting oral argument before the Supreme Court of Texas in *DFPS v. Grassroots Leadership, Inc.*, No. 23-0192, on October 31;

- An amicus brief in *United States v. Trump*, No. 24-12311, filed in the United States Court of Appeals for the Eleventh Circuit on November 1;

- A response brief in *Free Speech Coalition v. Paxton*, No. 23-1122, due to be filed in the Supreme Court of the United States on November 15;

- A response brief in *Texas v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, No. 24-10612, due to be filed in this Court on November 18;

- A reply brief in *Paxton v. American Oversight*, No. 24-0162, due to be filed in the Supreme Court of Texas on November 19;

- Presenting oral argument before the United States Court of Appeals for the District of Columbia Circuit in *Media Matters for America v. Paxton*, No. 24-7059, on November 20;

- Presenting oral argument before the United States Court of Appeals for the Ninth Circuit in *Yelp Inc. v. Paxton*, No. 24-581, on December 4; and

- Presenting oral argument before the Supreme Court of Texas in *Kensington Title-Nevada, LLC v. Texas Department of State Health Services*, No. 23-0644, on December 5.

3. This extension also is necessary because counsel with primary responsibility for drafting Intervenor-Defendants' brief has numerous existing and upcoming briefing obligations that have already or will require significant time and attention, including:

- An initial brief in *Washington County Board of Elections v. Center for Coalfield Justice*, No. 28 WAP 2024, filed in the Pennsylvania Supreme Court on October 9;

- An initial brief in *Baxter v. Philadelphia Board of Elections*, Nos. 1305 C.D. 2024, 1309 C.D. 2024, filed in the Pennsylvania Commonwealth Court on October 14;

- An application for a stay in *Genser v. Butler County Board of Elections*, Nos. 26 WAP 2024, 27 WAP 2024, filed in the Pennsylvania Supreme Court on October 25;

3

- An emergency application for a stay in *Genser v. Butler County Board of Elections*, No. 24A408, filed in the Supreme Court of the United States on October 28;

- A reply in support of emergency application for a stay in *Genser v. Butler County Board of Elections*, No. 24A408, filed in the Supreme Court of the United States on October 31;

- An emergency application for a stay in *Baxter v. Philadelphia Board of Elections*, No. 76 EM 2024, filed in the Pennsylvania Supreme Court on October 31; and

- A petition for allowance of appeal in *Baxter v. Philadelphia Board of Elections*, No. 76 EM 2024, filed in the Pennsylvania Supreme Court on November 12.

4. Granting the requested extension will promote judicial economy and advance the interests of the Court and the parties by ensuring adequate time to prepare and file Defendants-Appellants' and Intervenor-Appellants' briefs in the above-captioned case.

5. This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this request for an extension is granted.

6. For the foregoing reasons, Defendants-Appellants and Intervenor-Appellants respectfully request that the Court grant this Motion for a 30-day extension of time to file their brief, making it due on December 20, 2024.

| | |
|---|---|
| Date: November 13, 2024 | Respectfully submitted. |
| Ken Paxton<br>Attorney General of Texas | Aaron L. Nielson<br>Solicitor General |
| Brent Webster<br>First Assistant Attorney General | /s/ Lanora C. Pettit<br>Lanora C. Pettit<br>Principal Deputy Solicitor General<br>Lanora.Pettit@oag.texas.gov |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | Kateland R. Jackson<br>Assistant Solicitor General<br><br>Counsel for Defendants-Appellants<br><br>/s/ John M. Gore<br>John M. Gore<br>(D.C. Bar No. 502057)<br>  *Counsel of Record*<br>E. Stewart Crosland<br>Louis J. Capozzi, III<br>JONES DAY<br>51 Louisiana Ave. NW<br>Washington, DC  20001<br>(202) 879-3939<br>jmgore@jonesday.com<br>scrosland@jonesday.com<br>lcapozzi@jonesday.com<br><br>Counsel for Intervenor-Appellants |

## Certificate of Conference

On November 12, 2024, counsel for Defendants-Appellants and Intervenor-Appellants conferred with counsel for Plaintiffs-Appellees. This extension is unopposed by all parties.

/s/ Lanora C. Pettit
Lanora C. Pettit

## Certificate of Service

On November 13, 2024, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Lanora C. Pettit
Lanora C. Pettit

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 688 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type-style requirements of Rules 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Lanora C. Pettit
Lanora C. Pettit