# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

**Fifth Cir. Case NO.** 24-50783

La Union del Pueblo Entero, et al.   vs.   Gregory W. Abbott, et al.
(Short Title)

The Clerk will enter my appearance as Counsel for   Friendship-West Baptist Church, Texas Impact, James Lewin

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**    ☐ Petitioner(s)    ☐ Respondent(s)    ☐ Amicus Curiae    ☐ Appellant(s)    ☑ Appellee(s)    ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Patrick Berry    berryp@brennan.law.nyu.edu
(Signature)    (e-mail address)

Patrick Berry    New York/5723135
(Type or print name)    (State/Bar No.)

Counsel
(Title, if any)

Brennan Center for Justice
(Firm or Organization)

Address    120 Broadway

City & State    New York, NY    Zip    10271

Primary Tel. 646-925-8754    Cell Phone: _____    (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Zachary Tripp

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
Xavier Rodriguez

B. Inquiry of Counsel. To your knowledge:
  (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
      ☑ Yes    ☐ No
  (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
      ☐ Yes    ☑ No
  (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
      ☐ Yes    ☑ No
  (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case   No

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

(1) See list on attached sheet for further details.

Name of Court or Agency _____

Status of Appeal (if any)   See attached sheet for details.

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**    DKT-5A REVISED June 2023

<u>Detailed Response to Question (B)</u>

The following related cases are ongoing in the Fifth Circuit Court of Appeals.

| Case No. | Case Name | Status |
|---|---|---|
| 22-50775 | La Union del Pueblo Entero v. Nelson | open; COURT ORDER granting Motion for partial dismissal of appeal filed |
| 22-50777 | Mi Familia Vota v. Gregory Abbott | open; COURT ORDER granting Motion for partial dismissal of appeal filed |
| 22-50778 | OCA-Greater Houston v. Nelson | open; COURT ORDER granting Motion for partial dismissal of appeal filed |
| 23-50885 | USA v. Paxton | open; CASE TENTATIVELY calendared for oral argument for the week of 02/03/2025 |
| 24-50826 | La Union del Pueblo Entero v. Abbott | open |