No. 24-50783

# In the United States Court of Appeals for the Fifth Circuit

La Unión del Pueblo Entero et al.,
*Plaintiffs-Appellees*,

v.

Gregory W. Abbott et al.,
*Defendants-Appellants*,

Republican National Committee,
*Movant-Appellant.*

OCA-Greater Houston; League of Women Voters of Texas,
*Plaintiffs-Appellees*,

v.

Ken Paxton, Texas Attorney General,
*Defendant-Appellant.*

LULAC Texas; Texas Alliance for Retired Americans; Texas AFT; Voto Latino,
*Plaintiffs-Appellees*,

v.

Ken Paxton, in his official capacity as the Texas Attorney General,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS-APPELLANTS' AND INTERVENOR-APPELLANTS' BRIEFS

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Defendants-Appellants and Intervenor-Appellants file this Motion for a 25-day extension of time to file their respective reply briefs to and including Tuesday, April 8, 2025. In support thereof, Defendants-Appellants and Intervenor-Appellants respectfully show the Court as follows:

1. Defendants-Appellants' and Intervenor-Appellants' briefs are currently due March 14, 2025. Defendants-Appellants and Intervenor-Appellants seek a 25-day extension of this time, to and including April 8, 2025, in which to file their briefs. This is Defendants-Appellants' and Intervenor-Appellants' first request for an extension of time, and it is unopposed.

2. This extension is necessary because counsel with primary responsibility for drafting Defendants-Appellants' brief has numerous existing and upcoming briefing and argument obligations that have already or will require significant time and attention, including:

- Presenting oral argument in *Gutierrez v. Saenz*, No. 23-7809, before the Supreme Court of the United States on February 24;

- A response brief in *Texas v. Kennedy*, No. 24-40568, filed in this Court on February 26;

- An in-person status conference *in League of United Latin American Citizens v. Abbott*, No. 3:21-CV-00259, in the United States District Court for the Western District of Texas on March 5;

- A brief in opposition in *Aparicio v. Texas*, No. 24-6057, due to be filed in the Supreme Court of the United States on March 20;

- An amicus brief in *Elliott v. City of College Station*, No. 23-0767, due to be filed in the Texas Supreme Court on March 20; and

- Presenting oral argument in *League of United Latin American Citizens v. Abbott*, No. 24-50128, before this Court on April 2.

3. This extension also is necessary because counsel with primary responsibility for drafting Intervenor-Defendants' brief has numerous existing and upcoming briefing obligations that have already or will require significant time and attention, including:

- A principal brief in *Baxter v. Philadelphia Board of Elections*, No. 1 EAP 2025, filed in the Pennsylvania Supreme Court on February 26; and

- A pre-examination conference before the Internal Revenue Service on February 26.

4. Granting the requested extension will promote judicial economy and advance the interests of the Court and the parties by ensuring adequate time to prepare and file Defendants-Appellants' and Intervenor-Appellants' briefs in the above-captioned case.

5. This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this request for an extension is granted.

6. For the foregoing reasons, Defendants-Appellants and Intervenor-Appellants respectfully request that the Court grant this Motion for a 25-day extension of time to file their briefs, making them due on April 8, 2025.

| | |
|---|---|
| Date: March 7, 2025 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | AARON L. NIELSON<br>Solicitor General |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM F. COLE<br>Principal Deputy Solicitor General |
| | /s/ Kathleen T. Hunker<br>KATHLEEN T. HUNKER<br>Special Counsel<br>Kathleen.Hunker@oag.texas.gov |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | MEAGAN CORSER<br>Assistant Attorney General<br><br>Counsel for Defendants-Appellants<br><br>/s/ John M. Gore<br>John M. Gore<br>(D.C. Bar No. 502057)<br>*Counsel of Record*<br>E. Stewart Crosland<br>Louis J. Capozzi, III<br>JONES DAY<br>51 Louisiana Ave. NW<br>Washington, DC  20001<br>(202) 879-3939<br>jmgore@jonesday.com<br>scrosland@jonesday.com<br>lcapozzi@jonesday.com<br><br>Counsel for Intervenor-Appellants |

4

## Certificate of Conference

On March 7, 2025, counsel for Defendants-Appellants and Intervenor-Appellants conferred with counsel for Plaintiffs-Appellees. This extension is unopposed by all parties.

/s/ Kathleen T. Hunker
Kathleen T. Hunker

## Certificate of Service

On March 7, 2025, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Kathleen T. Hunker
Kathleen T. Hunker

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 688 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type-style requirements of Rules 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Kathleen T. Hunker
Kathleen T. Hunker