# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 13, 2025

**IMPORTANT NOTICE**

TO ALL COUNSEL LISTED BELOW

   No. 24-50783   La Union del Pueblo Entero v. Abbott

   Projected Week of Hearing **08/04/2025**
   ------------------------------------------------------

Dear Counsel:

We have tentatively scheduled this case for oral argument during the week shown.

If you have a serious, irresolvable conflict, contact us **IMMEDIATELY** via e-mail (clerk_calendaring@ca5.uscourts.gov), stating your conflict or request. Do not ask to reschedule argument unless you can find no other solution. **GENERALLY, ENGAGEMENT OF COUNSEL IN ANOTHER COURT IS NOT AN "IRRESOLVABLE CONFLICT."**

**So we can provide all pertinent information to the court before argument, and barring an emergency, we must receive all additional filings by noon on the workday immediately preceding argument.**

If you are arguing before the Fifth Circuit for the first time, please visit our Internet site at "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/oral-argument-notices/handout.pdf" for "Preparing for Oral Argument in the Fifth Circuit" and at "http://www.ca5.uscourts.gov/documents/ltsig-e.pdf" for "Notice to Counsel Attending Oral Argument". If you do not have Internet access, please call and we will send you the information.

Counsel are advised it is almost invariably more helpful, in lieu of large exhibits, to furnish the courtroom deputy four smaller sized (not larger than about 8 X 14 inches) copies of charts, diagrams, etc., for the judges' use. If counsel believe it necessary to use large exhibits, please also furnish the small copies.

                              CALENDARING DEPARTMENT
                              clerk_calendaring@ca5.uscourts.gov

Mr. Patrick Berry
Mr. Thomas Paul Buser-Clancy
Mr. Dayton Campbell-Harris
Mr. Louis Joseph Capozzi III
Mr. Adriel I. Cepeda Derieux
Mr. William Francis Cole
Ms. Meagan Corser

Mr. Mark A. Csoros
Mr. Aaron J. Curtis
Mr. Benjamin Daus
Mr. Zachary Dolling
Mr. Charles Kyle Gehnrich
Mr. John Matthew Gore
Ms. Ashley Alcantara Harris
Ms. Kathleen Theresa Hunker
Mr. Jason Scott Kanterman
Mr. Michael Courtney Keats
Mr. Ryan Glen Kercher
Ms. Savannah Kumar
Ms. Sophia Lin Lakin
Ms. Rebecca L. Martin
Mr. Marcos Mocine-McQueen
Mr. Aaron Lloyd Nielson
Mr. Uzoma Nkem Nkwonta
Ms. Nina Perales
Mr. Justin Carl Pfeiffer
Ms. Adriana Cecilia Pinon
Mr. Edgar Saldivar
Mr. Ari J. Savitzky
Mr. Jasleen Kaur Singh
Mr. Patrick Stegemoeller
Mr. Zachary Tripp
Ms. Leah Tulin
Mr. William D. Wassdorf
Ms. Julie Zuckerbrod