# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 20, 2025

    No. 24-50783    La Union del Pueblo Entero v. Abbott
                            USDC No. 5:21-CV-844
                            USDC No. 1:21-CV-780
                            USDC No. 1:21-CV-786
                            USDC No. 5:21-CV-848
                            USDC No. 5:21-CV-920

Dear Counsel,

The above referenced case has been scheduled for oral argument on 12/02/2025. It will be held in New Orleans - West Courtroom at 9:00. The Oral Argument session number is 21.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than November 3, 2025.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available at https://www.ca5.uscourts.gov/appearanceform. Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day

your case is scheduled for argument. Exceptions will be made for emergencies only.

<u>Notice to Court Appointed Counsel:</u> Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Kim Pollard at 504-310-7635.

>
> Sincerely,
>
> LYLE W. CAYCE, Clerk
>
> *Kim M. Pollard*
>
> By:_____
> Kim M. Pollard, Calendar Clerk
> 504-310-7635

cc:
- Ms. Jessica Ring Amunson
- Mr. Patrick Berry
- Mr. Thomas Paul Buser-Clancy
- Mr. Dayton Campbell-Harris
- Mr. Adriel I. Cepeda Derieux
- Ms. Sarah Xiyi Chen
- Mr. William Francis Cole
- Mr. Mark A. Csoros
- Mr. Aaron J. Curtis
- Mr. Benjamin Daus
- Mr. Christopher D. Dodge
- Mr. Zachary Dolling
- Mr. Charles Kyle Gehnrich
- Mr. John Matthew Gore
- Ms. Ashley Alcantara Harris
- Ms. Kathleen Theresa Hunker
- Mr. Jason Scott Kanterman
- Mr. Michael Courtney Keats
- Mr. Ryan Glen Kercher
- Ms. Savannah Kumar
- Ms. Sophia Lin Lakin
- Ms. Rebecca L. Martin
- Mr. Christopher McGreal
- Mr. Marcos Mocine-McQueen
- Mr. Uzoma Nkem Nkwonta
- Ms. Nina Perales
- Mr. Justin Carl Pfeiffer
- Ms. Adriana Cecilia Pinon
- Ms. Elena Alejandra Rodriguez Armenta
- Ms. Elizabeth Ryan
- Mr. Edgar Saldivar
- Mr. Ari J. Savitzky

Mr. Jasleen Kaur Singh
Mr. Patrick Stegemoeller
Mr. Zachary Tripp
Ms. Leah Tulin
Mr. William D. Wassdorf
Ms. Julie Zuckerbrod