# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 12, 2026
Lyle W. Cayce
Clerk

No. 24-50783

La Union del Pueblo Entero; Southwest Voter Registration Education Project; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; Fiel Houston, Incorporated; Friendship-West Baptist Church; Texas Impact; James Lewin,

*Plaintiffs—Appellees,*

versus

Gregory W. Abbott, *in his official capacity as Governor of Texas*; Warren K. Paxton, *in his official capacity as Attorney General of Texas*; State of Texas; Jane Nelson, *in her official capacity as Texas Secretary of State*; Harris County Republican Party; Dallas County Republican Party; National Republican Senatorial Committee,

*Defendants—Appellants,*

Republican National Committee

*Movant—Appellant,*

───────────────────────────────

OCA-Greater Houston; League of Women Voters of Texas,

*Plaintiffs-Appellees,*

No. 24-50783

*versus*

Ken Paxton, *Texas Attorney General*,

                                                            *Defendant—Appellant,*

_____

LULAC Texas; Texas Alliance for Retired Americans; Texas AFT; Voto Latino,

                                                     *Plaintiffs—Appellees,*

*versus*

Ken Paxton, in his official capacity as the Texas Attorney General,

                                                     *Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844
USDC No. 1:21-CV-780
USDC No. 1:21-CV-786
USDC No. 5:21-CV-848
USDC No. 5:21-CV-920

_____

## JUDGMENT

Before Jones and Engelhardt, *Circuit Judges*, and Summerhays, *District Judge*.[*]

_____

[*] District Judge for the Western District of Louisiana, sitting by designation.

2

No. 24-50783

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED.

IT IS FURTHER ORDERED that Appellees pay to Appellants the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.



Certified as a true copy and issued
as the mandate on Mar 05, 2026

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

3